IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF: COUNTRY FURNITURE BY SCHULER, 1405 Riverside Drive, Suite 100 Janesville, WI 53545 | ) ) ) **SEALED** ) Case No. 08-296 ) ) ) |

**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY**

The United States of America, Internal Revenue Service ("IRS"), by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by Richard D. Humphrey, Assistant United States Attorney, having filed an application requesting authorization for Theresa Memmel, a Revenue Officer of the IRS, and/or other employees as designated by the IRS, to enter the premises located at 1405 Riverside Drive, Suite 100, Janesville, WI 53545, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application, and the court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Country Furniture by Schuler, Inc. which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described, it is

ORDERED that Theresa Memmel and/or other employees, as designated by the IRS, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search

and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 14 days of the date of this order.

IT IS FURTHER ORDERED that if Country Furniture by Schuler, Inc. or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the IRS, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this court.

IT IS FURTHER ORDERED that the Revenue Officer and/or other employees, as designated by the IRS, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this court with a statement of the time and circumstances of the entry and seizure.

Dated: May 22, 2008

BY THE COURT:

Barbara B. Crabb

2